UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

:25-cv-05587 -RPK-CLP

YVETTE BHIKHARIE,

Plaintiff,

-Against-

CITY OF NEW YORK,

acting through its Department of Sanitation ("DSNY"),

Defendant.



Case No.: _____

JURY DEMAND

COMPLAINT FOR A CIVIL CASE

I. The Parties To This Complaint

A.    The Plaintiff(s)

Yvette Bhikharie

7 Livonia Ave Apt 423

Brooklyn,NY 11212

718-564-3988

Yvettebhikharie@gmail.com


B.    The Defendents

Defendant No 1

THE CITY OF NEW YORK

100 Church Street,New York,NY 10007

REC'D IN PRO SE OFFICE
OCT 2 '25 PM4:40

212-356-1000

Defendant No 2

New York City Department Of Sanitation

125 Worth Street, NY 10013

I. BASIS FOR JURISDICTION

1. This action arises under 42 U.S.C. § 1983 to redress violations of Plaintiff's rights under the Fourteenth Amendment to the United States Constitution.

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in Kings County, New York.

II. PARTIES

4. Plaintiff Yvette Bhikharie resides in Kings County, New York.

5. Defendant City of New York, acting through its Department of Sanitation ("DSNY"), is a municipal entity responsible for sanitation operations, including the removal and disposal of vehicles.

III. STATEMENT OF FACTS

6. On or about January 27, 2024, Plaintiff's vehicle was located at a repair shop in New York City following an accident.

7. Without providing Plaintiff any prior notice, Defendant City of New York, through DSNY, seized and destroyed Plaintiff's vehicle.

8. Plaintiff was not provided:

1. Written notice of the seizure,

2. An opportunity to contest the seizure or disposition,

3. Any hearing prior to the destruction of the vehicle.

9. Plaintiff learned of the destruction only after the fact.

10. The destruction of Plaintiff's vehicle deprived her of property without due process of law.

11. As a direct result, Plaintiff suffered significant losses, including:

12.The loss of the vehicle itself.

13.Ongoing liability to her lender.

14.Financial harm.

15.Emotional distress.

CAUSE OF ACTION

42 U.S.C. § 1983 – Deprivation of Property Without Due Process

12. Defendant City of New York, through DSNY, acted under color of state law when it seized and destroyed Plaintiff's vehicle.

13. By destroying Plaintiff's vehicle without notice or a hearing, Defendant deprived Plaintiff of property without due process of law, in violation of the Fourteenth Amendment.

14. Defendant's actions were intentional, reckless, or carried out with deliberate indifference to Plaintiff's constitutional rights.

15. Plaintiff is entitled to compensatory damages for the loss of her vehicle, related financial harm, and emotional distress.

16. Plaintiff is also entitled to punitive damages

DAMAGES

18. As a direct and proximate result of Defendant's actions, Plaintiff suffered significant damages, including but not limited to:

A.  Value of the Vehicle

1. The fair market value of Plaintiff's vehicle at the time of destruction was approximately $20,507.91.

2. Plaintiff was deprived of this property entirely, without compensation.

B. Loan Deficiency / Financial Harm

1. Plaintiff remained liable to her lender after the destruction.

2. The lender subsequently charged off the account in October 2024, reporting a deficiency balance of approximately $20,507.91.

3. Plaintiff has suffered harm from this debt being reported on her credit report and from ongoing collection activity.

C. Credit Harm

1. Defendant's conduct caused derogatory credit reporting, including "charge-off" and "deficiency balance" entries.

2. Plaintiff has been denied credit opportunities, offered higher interest rates, and suffered reputational harm.

D. Emotional Distress

1. The sudden and unlawful destruction of Plaintiff's vehicle, combined with financial consequences, has caused Plaintiff significant stress, anxiety, and emotional suffering.

19. Plaintiff seeks compensatory damages for the above losses in an amount to be determined at trial.

20. Plaintiff also seeks punitive damages, where permitted by law, to deter future violations of constitutional rights by the City of New York and its agencies.

LEGAL BASIS

22. The Due Process Clause of the Fourteenth Amendment provides that no State shall "deprive any person of life, liberty, or property, without due process of law." U.S. Const. amend. XIV.

23. Plaintiff's vehicle was her lawful property. By seizing and destroying it without notice or hearing, Defendant deprived Plaintiff of property in direct violation of her constitutional rights.

24. Courts have repeatedly held that the destruction or permanent deprivation of property without notice and opportunity to be heard constitutes a violation of due process.

25. The City of New York, through DSNY, failed to provide Plaintiff with any notice of seizure, notice of disposition, or opportunity to reclaim or contest the destruction of her vehicle.

26. Defendant's policies and practices, or lack thereof, resulted in the unconstitutional deprivation of Plaintiff's property.

27. Accordingly, Defendant is liable under 42 U.S.C. § 1983 for violating Plaintiff's due process rights.

RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant City of New York as follows:

A. Declaring that Defendant violated Plaintiff's constitutional rights under the Fourteenth Amendment.

B. Awarding compensatory damages for the value of the vehicle, financial losses, credit harm, and emotional distress.

C.  Awarding punitive damages as permitted by law.

D. Awarding Plaintiff costs and disbursements under 42 U.S.C. § 1988.

E. Granting such other relief as the Court deems just and proper

CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

1. Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase litigation costs.

2. Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

3. Has evidentiary support or will likely have evidentiary support after discovery.

4. Otherwise complies with the requirements of Rule 11.


For Pro Se Plaintiff:

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that failing to keep my address updated may result in dismissal of my case.


Date of signing: October 2, 2025

Respectfully submitted,


Signature of Plaintiff

Printed Name: Yvette Bhikharie


YVETTE BHIKHARIE

Pro see, Plantiff

7 Livonia Ave Apt 423

Brooklyn, NY 11212

718-564-3988

Yvettebhikharie@gmail.com

Case 1:25-cv-05587-RPK-PCG    Document 1    Filed 10/02/25    Page 7 of 30 PageID #: 7



# ROTHSCHILD COUNSELING

## PROGRESS NOTES

Client:  Yvette Bhikharie (YB09542)                    Birth Date:    10/06/1992

Service Date:      09/16/2025

Session Start Time:          10:15 AM   Session End Time:          11:00 AM      Duration:      45 minutes

Provider(s):    Charlene Atkinson, LMHC (NPI: 1588360283)

Insurer(s):        HealthFirst (UK67190W)

Place Of Service:    Telehealth Provided in Patient's Home      CPT Code:    90834        Case #

---

seeking support for busing services. Client expressed frustration due to her police reports not reflecting a hit-and-run incident. Client shared feeling stressed due to ongoing conflict related to the incident          .. . ...    .  .  .. Client reported experiencing physical pain and her desire to speak with her doctor.

The session addressed the following treatment plan goals and objectives:

Goal #3: Medically stabilize physical condition.

Objective: Verbalize an increased understanding of the steps to grieving the losses brought on by the medical condition.

Objective: Verbalize an understanding of the medical condition/diagnosis and managing the stress it can create.

Goal #4: Reduce fear, anxiety, and worry associated with the medical condition.

Objective: Journal thoughts, feelings, actions, and circumstances related to stressful reactions.

Objective: Implement positive imagery as a means of triggering peace of mind and reducing tension.

Goal #5: Return to pretrauma level of functioning without avoiding people, places, thoughts, or feelings associated with the traumatic event.

Page **3** of **4** Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (7/11)

Precinct **073**

Accident No. **MV-2024-073-000090**

Complaint Number

☑ *AMENDED REPORT*

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month **1** | Day **27** | Year **2024** | **SATURDAY** | **12:15** | **3** | **0** | **0** | Reconstructed | | ☐ | ☐ Yes ☑ No |

☐ VEHICLE   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE 3**

| | VEHICLE 3- Driver License ID Number | State of Lic. | VEHICLE - Driver License ID Number | State of Lic. |
|---|---|---|---|---|
| | Driver Name -exactly as printed on license | | Driver Name - exactly as printed on license | |
| | Address (Include Number & Street) | Apt. No. | Address (Include Number & Street) | Apt. No. |
| | City or Town   State   Zip Code | | City or Town   State   Zip Code | |

| Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants **0** | Public Property Damaged ☐ | Date of Birth Month Day Year | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|

| Name—exactly as printed on registration | Sex | Date of Birth Month Day Year | Name—exactly as printed on registration | Sex | Date of Birth Month Day Year |
|---|---|---|---|---|---|

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released ☐ | Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released ☐ |
|---|---|---|---|---|---|---|---|
| City or Town   State   Zip Code | | | | City or Town   State   Zip Code | | | |

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| **HZY3001** | **NY** | **2021 NISSAN** | **SEDAN** | **328** | | | | | |

| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
|---|---|
| Violation Section(s) | Violation Section(s) |

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
|---|---|---|
| Box 2 - Most Damage | 10 | 8 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 9 | | |

Vehicle Towed:   By   To

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
|---|---|---|
| Box 2 - Most Damage | | |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle Towed:   By   To

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End | Left Turn | Right Angle | Right Turn | Head On |
|---|---|---|---|---|
| 1. | 3. | | 5. | 7. |
| Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite) |
| 2. | 0. | 4. | 6. | 8. |

**ACCIDENT DIAGRAM**

**DIAGRAM ATTACHED ON SUBSEQUENT PAGE**

**0 LEFT TURN (SAME DIR)**

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

**VEHICLE DAMAGE CODING:**

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

| Reference Marker | Coordinates (if available) | | | |
|---|---|---|---|---|
| | Latitude/Northing: **40.664654** | | | |
| | Longitude/Easting: **-73.916275** | | | |

Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred **SARATOGA AVENUE**
(Route Number or Street Name)

at 1) intersecting street _____
(Route Number or Street Name)

or 2) **5** Feet/Miles ☐ N ☑ S ☐ E ☐ W of **BLAKE AVENUE**
(Milepost, Nearest Intersecting Route Number or Street Name)

**Accident Description/Officer's Notes:** **PARKED VEHICLE. BOTH PARTIES REFUSED MEDICAL ATTENTION ON SCENE. ACR#89898933, BUS#441, EMT PHILIPS. ***** AMEND DETAILS ***** DRIVER #2 STATES THAT SHE ENDED UP GOING TO DOWNSTATE HOSPITAL LATER IN THE DAY AFTER THE ACCIDENT AND ER PERSONNEL STATED TREATED HER FOR A CONCUSSION AS A RESULT OF THE ACCIDENT. DRIVER #2 DID PROVIDE DISCHARGE PAPERWORK FROM DOWNSTATE MEDICAL CENTER.**

| ALL INVOLVED | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Officer's Rank and Signature ▶ **PO** | Tax ID No. **948562** | NCIC No. **03030** | Precinct **084** | Post/Sector | Reviewing Officer **SGT KARL E HANISCH** | Date/Time Reviewed **02/06/2024 04:38** |
|---|---|---|---|---|---|---|
| Print Name In Full **RUSSELL L SCOTT** | | | | | | |

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

Highway Dist. at Scene? ☐ Yes ☑ No
Name:

Shield No.

| Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|
| Month | Day | Year | ( ) |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  943750469

Vehicle No. 2  INT60211752302

Expiration Date 04/16/2024

Expiration Date 12/17/2024

VIN  J0166274551391338

VIN  19XFC2F63KE041385

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit _____  _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED (other than vehicles)**

**OWNER OF PROPERTY (include city agency, where applicable)**

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle –Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (7/11)

Page 2 of 4 Pages

Page **1** of **4** Pages

**New York State Department of Motor Vehicles**
# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

| Precinct | 073 |
| --- | --- |
| Accident No. | MV-2024-073-000090 |
| Complaint Number | |

☑ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Month 1 | Day 27 | Year 2024 | SATURDAY | 12:15 | 3 | 0 | 0 | Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

VEHICLE 1　　　　　☑ VEHICLE 2　☐ BICYCLIST　☐ PEDESTRIAN　☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number | 378023192 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | 186859281 | State of Lic. NY |
| --- | --- | --- | --- | --- | --- |
| Driver Name -exactly as printed on license | JEUDY, TEDDY | | Driver Name - exactly as printed on license | BHIKHARIE, YVETTE, A | |

| Address (Include Number & Street) | 116-001 197 STREET | Apt. No. | Address (Include Number & Street) | 7 LIVONIA AVENUE | Apt. No. 423 |
| --- | --- | --- | --- | --- | --- |
| City or Town QUEENS | State NY | Zip Code 11412 | City or Town BROOKLYN | State NY | Zip Code 11212 |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Month 3 | Day 10 | Year 1989 | M | ☐ | 1 | | Month 10 | Day 6 | Year 1992 | F | ☐ | 1 | |

| Name—exactly as printed on registration | | Sex | Date of Birth | | | Name—exactly as printed on registration | | Sex | Date of Birth | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JARVIS, DONNELLE, D | | M | Month | Day | Year | BHIKHARIE, YVETTE, A | | F | Month 10 | Day 6 | Year 1992 |

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 938 EAST 87 STREET | | | ☐ | 7 LIVONIA AVENUE | 423 | | ☐ |
| City or Town BROOKLYN | State NY | Zip Code | | City or Town BROOKLYN | State NY | Zip Code 11212 | |

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JJB8666 | NY | 2019 FORD | SW/SUV | 743 | KYK6604 | NY | 2019 HONDA | SEDAN | 383 |

| Ticket/Arrest Number(s) | | Ticket/Arrest Number(s) | |
| --- | --- | --- | --- |
| Violation Section(s) | | Violation Section(s) | |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| | 1 | 2 |
| --- | --- | --- |
| Box 1 - Point of Impact | | |
| Box 2 - Most Damage | 1 | 1 |
| | 3 | 4 | 5 |
| Enter up to three more Damage Codes | 18 | 18 | 18 |

Vehicle Towed: By To

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

| | 1 | 2 |
| --- | --- | --- |
| Box 1 - Point of Impact | | |
| Box 2 - Most Damage | 3 | 2 |
| | 3 | 4 | 5 |
| Enter up to three more Damage Codes | 3 | 4 | |

Vehicle Towed: By To

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7. |
| --- | --- | --- | --- | --- |
| Sideswipe (same direction) 2. | Left Turn 0. | 4. | Right Turn 6. | Sideswipe (opposite 8. |

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

0 LEFT TURN (SAME DIR)

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine　☑ Yes　☐ No

**VEHICLE DAMAGE CODING:**

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE　17. DEMOLISHED
15. TRAILER　18. NO DAMAGE
16. OVERTURNED　19. OTHER

| Reference Marker | Coordinates (if available) |
| --- | --- |
| | Latitude/Northing: 40.664654 |
| | Longitude/Easting: -73.916275 |

Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred **SARATOGA AVENUE**
(Route Number or Street Name)

at 1) intersecting street _____
(Route Number or Street Name)

or 2) **5** ☐ N ☑ S ☐ E ☐ W of **BLAKE AVENUE**
Feet Miles
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes **AT TO, DRIVER 1 STATES WHILE WAITING FOR A VEHICLE TO FINISH TURNING RIGHT, DRIVER 1 BEGAN TO TURN LEFT AT INTERSECTION AND WHILE IN PROCESS OF TURNING, DRIVER 2 DECIDED TO ALSO TURN LEFT AND SUBSEQUENTLY COLLIDED WITH VEHICLE. DRIVER 2 STATES THAT DRIVER 1 WAS WAITING IN FRONT OF HER AND SHE DECIDED TO MAKE LEFT TURN AND THAT DRIVER 1 THEN SWERVED TO THE LEFT, CAUSING COLLISION AND SENDING DRIVER 2 INTO**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all Involved | Date of Death Only |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 1 | 1 | 4 | 1 | 34 | M | -- | -- | -- | -- | | -- | | JEUDY, TEDDY | |
| B | 2 | 1 | 2 | 1 | 31 | F | -- | -- | -- | -- | | -- | | BHIKHARIE, YVETTE, A | |

ALL INVOLVED

| Officer's Rank and Signature ♦ PO | | Tax ID No. 948562 | NCIC No. 03030 | Precinct 084 | Post/Sector | Reviewing Officer SGT KARL E HANISCH | Date/Time Reviewed 02/06/2024 04:38 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Print Name in Full RUSSELL L SCOTT | | | | | | | |

Right margin boxes: 19 -, 20, 21 -, 22 -, 23 4, 24 4, 25 3, 26 13, 27 1, 28 1, 29 1, 30 1, USE COVER SHEET P



## OPERATIVE REPORT

**PATIENT NAME:** BHIKHARIE, YVETTE

**MEDICAL RECORD NUMBER:** 43886

**DATE OF PROCEDURE:** 11/08/2024

**SURGEON:** Jesu Jacob, DO

**PREOPERATIVE DIAGNOSIS:** Left shoulder bursitis, impingement syndrome, partial rotator cuff tear.

**POSTOPERATIVE DIAGNOSIS:** Left shoulder bursitis, impingement syndrome, partial rotator cuff tear, biceps tendinitis, type I superior labrum anterior and posterior tear, adhesive capsulitis, villonodular synovitis, and extensive bursitis.

**PROCEDURES PERFORMED:** Left shoulder arthroscopy, arthroscopic extensive debridement, debridement of biceps tendinitis, debridement of type I superior labrum anterior and posterior tear, debridement of partial articular-sided rotator cuff tear, arthroscopic synovectomy of all major compartments of the shoulder requiring separate incision, extensive bursectomy, and arthroscopic lysis of adhesions.

**ASSISTANT:** Raj Sharma, RPA-C

**ANESTHESIA:** Interscalene block with sedation.

**ESTIMATED BLOOD LOSS:** Minimal.

**FINDINGS:** Biceps tenosynovitis with no instability; type I SLAP tear; partial articular-sided rotator cuff tear, approximately 10% of insertion; villonodular synovitis that appeared to be incarcerating and impinging on range of motion; and extensive bursitis.

**COMPLICATIONS:** None.

**INDICATIONS FOR SURGERY:** Ms. Bhikharie is a 32-year-old female who was involved in a motor vehicle accident. As a result of this accident, the patient suffered a traumatic injury to her left shoulder. Clinical examination and standard images revealed left shoulder bursitis, impingement syndrome, and partial rotator cuff tear. Her symptoms have been refractory to conservative measures including physical therapy and anti-inflammatories. She is now indicated for a left shoulder arthroscopy, possible rotator cuff repair, and all indicated procedures. The risks, benefits, and alternatives to the procedure were explained to the patient. These risks include, but are not limited to bleeding, infection, nerve damage, blood vessel damage, chance for worsening pain, chance for retearing of anything that is repaired, chance of the progression of arthritis, chance for progression of partial tears, chance for persistent pain, chance for persistent swelling, chance for persistent stiffness, chance for clicking in the shoulder, chance for instability, even chance of further surgical intervention up to including any kind of repeat shoulder arthroscopy, any kind of open procedures up to including any kind of

92-12 165th Street ● Jamaica, NY 11433 ● T: 718-571-9595 F: 718-571-960

Page 2

PATIENT NAME: BHIKHARIE, YVETTE
MEDICAL RECORD NUMBER: 43886
DATE OF PROCEDURE: 11/08/2024

arthroplasty procedure in the future.  Postoperative risks were also explained to the patient.  These risks include, but are not limited to possible development of clots, DVTs, pneumonias, heart attacks, strokes, pulmonary embolism, and even death.  The patient understood all these risks and wished to proceed with the procedure.

**DESCRIPTION OF PROCEDURE**:  Ms. Bhikharie was brought to the operating room on November 8, 2024, where she was placed in a beach-chair position after interscalene block was administered.  Preoperative antibiotics were administered intravenously.  The left shoulder was then prepped and draped in a standard sterile fashion.  Appropriate laterality was established with official use of time-out procedure.  At this point, a standard shoulder arthroscopy was undertaken.

An incision was made slightly inferior and medial to the posterolateral border of the acromion.  The arthroscope was inserted into the glenohumeral joint.  An anterior portal was established directly beneath the biceps tendon.  The diagnostic arthroscopy was undertaken.  At this time, there was tenosynovitic tissue seen over the intra-articular course of the biceps.  This was debrided with the use of a shaver and arthroscopic wand.  At this point, the biceps was probed into the joint and away from the joint.  There was no evidence of significant instability seen in the bicipital groove or the superior labral complex.  There was evidence of a type I SLAP tear seen in the superior labral area.  This was also debrided with the use of shaver and arthroscopic wand.  The remaining labrum appeared to be within normal limits.  The chondral surfaces of the humerus and glenoid appeared to be within normal limits.

At this point, the arm was abducted and externally rotated, and there was partial articular-sided fraying seen of the supraspinatus.  This was approximately 10% of the insertion.  This was also debrided with the use of a shaver and arthroscopic wand.  This completed the debridement and synovectomy portion of the operation.  After this was done, adhesions were seen around the middle glenohumeral ligament and through the rotator interval region.  Using arthroscopic wand, an arthroscopic lysis of adhesions was performed.  There was severe synovitis seen throughout the glenohumeral joint.  This appeared to be hyperemic and proliferative in nature and also appeared to be a source of pain as this was incarcerating and impinging on range of motion.  A complete glenohumeral synovectomy was performed with the use of a shaver and arthroscopic wand.

After this was done, the arthroscope was removed from the glenohumeral joint and placed into the subacromial space.  Using the anterior portal, a complete subacromial bursectomy was performed as there was severe bursitis seen in this region.  The acromiohumeral distance appeared to be within normal limits, and there was no reason to perform an acromioplasty.  At this point, there was severe synovitis seen in the subacromial space and AC joint compartment.  An accessory lateral incision was utilized to gain access into the subacromial space, and a complete subacromial synovectomy was performed.  This was done with the use of a shaver and arthroscopic wand.  Synovitis here also appeared to be incarcerating and impinging on range of motion.  After the synovectomy was completed, there was no evidence of any impinging or incarcerating tissue with range of motion.  At this point, the bursal side of the rotator cuff was visualized and this appeared to be within normal limits.  There was no evidence of any significant tearing.  Subdeltoid adhesions were lysed when they were seen and found.  This was done with the use of arthroscopic wand.  This completed the arthroscopic lysis of adhesions of all the compartments of the shoulder.  This also completed the major synovectomy of all compartments of the shoulder.  At this point, a biplanar extensive bursectomy was

Page 3

PATIENT NAME:  BHIKHARIE, YVETTE
MEDICAL RECORD NUMBER:  43886
DATE OF PROCEDURE:  11/08/2024

performed.  This was carried out from the front and back of the shoulder and over the lateral side of the shoulder.

After this was done, the arthroscopic instruments were removed from the shoulder.  A 4-0 Monocryl suture was used to close the arthroscopic portals.  A dry dressing was applied on the left shoulder.  The patient was then reversed from anesthesia.  The patient tolerated the procedure well and was transferred to the recovery room in stable condition.

Raj Sharma, RPA-C, was present for the entire operation.  He was present for the approach, definitive surgery, and closure.  His assistance was essential for the successful completion of the operation.  He was especially vital with regards to arthroscopic instrumentation handling and body positioning.  This surgery met the indications of having a surgical assistant.

_____

Jesu Jacob, DO
Electronically reviewed and signed by Jesu Jacob, DO on 11/13/2024 3:05:41 PM
DD:  11/08/2024 03:01:41 PM
DT:  11/08/2024 11:59:38 PM

MOP/4373331/O



**CitiMed**
*Complete Medical Care*
*Injury Doctors*
*www.citimedny.com*

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503 .

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 113
Tel: (718) 255-6615/Fax: (718) 255-139

14 Mamaroneck Ave, 2nd fl, White Plains, NY 1060
Tel: (914) 949-5555/Fax: (914) 993-33

1963 Grand Concourse, 2nd fl, Bronx, NY 104
Tel: (718) 466-4600/Fax: (718) 466-110

910 E Gun Hill Rd, Bronx, NY 104
Tel: (718) 882-8500/Fax: (718) 882-440

**Today's Date:** 08 / 29 / 2025
Month   Day   Year

**Patient Name:** YVETTE BHIKHARIE        **Date of Accident:** 01 / 27 / 2024
Year                                                        Month   Day

To whom it may concern;
Please be advised that Ms. Bhikharie was seen in office due to their motor vehicle related injury sustained on 01/27/2024 accident. She was found 100% temporarily impaired. Her follow up appointment is tentatively scheduled on 09/26//2025.

**Diagnostic Impression:**
- Headache.
- Cervical spine sprain/strain.
- Thoracic spine sprain/strain.
- Lumbar spine sprain/strain.
- Right shoulder sprain/strain.
- Left shoulder sprain/strain.

**Prognosis:**

- Guarded for any questions regarding this matter, please contact us at the number below.

Sincerely, CitiMed Woodhaven

E.Dunreath Family Nurse Practitioner

**National Auto Body Collision Inc.**
1328 Utica Ave, Brooklyn NY, 11203

Telephone: 1 (347) 533-4040

Fax: 1(347) 533-4039

To Whom It May Concern,

I, _Yvette Dhilchane_ , the owner of the following vehicle:

(PRINT NAME)

2019 / ___ / Honda, Civic 19XFC2F63KE041385 / KYK6604

(YEAR)    (MAKE)    (MODEL)    (VIN #)    LICENSE PLATE #

_____          _____
INSURANCE COMPANY NAME                CLAIM #:

TAX I.D # 46-4808372

Reg. # 7117472

Authorize payment to be made payable to and mailed out to **National Auto Body Collision Inc.**
Located at 1328 Utica Ave, Brooklyn NY, 11203

X _____          1/27/24
  Customer signature                Date:

12



1963 Grand Concourse, 2ⁿᵈ fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

14 Mamaroneck Ave, 2ⁿᵈ fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

910 E Gun Hill Rd Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

55 Green Ave. Suite LLB Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

JFK Airport Bldg. 14 Ste. 14A Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

92-18 165ᵗʰ Street Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

JFK Airport Bldg. 75 Ste. 247-249 Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

**Patient: Yvette Bhikharie**
**Date:** 01/08/2025
**D.OA:** 01/27/2024

To Whom It May Concern:

Please be advised that Ms. **Yvette Bhikharie** is a patient under care at this facility for injuries suffered on 01/27/2024 . CESI injection and possible cervical spine surgery if symptoms persist. A new CSP MRI is pending.

The pain in the neck is rated 9/10 on the subjective pain scale and radiates to the upper extremities with numbness and tingling, left>right. The pain is persistent, stabbing and burning. Neck feels "heavy" and spastic. Simple motion, a minor extension induces the pain. There is no tolerance for lying in a flat position. The patient admits to physical limitations and struggles with basic ADLs, such as lifting, carrying, pushing, pulling objects more than 5-10 pounds.

At this time she is not fit for duty at 100% disabled.

If there are any questions, please feel free to contact the office at 718-656-9500.

Sincerely,

78A N. Boundary Rd
CitiMed   Jamaica, NY 11430
Tel: 718-656-9500

**Abhishek Kumar, MD**
**Orthopedist Spine Surgeon**

i



# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
## 1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Brad Lander**
COMPTROLLER

015 - 155

Date: 11/21/2024
RE: Disallowance-Over 90 Days

YVETTE BHIKHARIE
Claim number: 2024PD037182
Your Claim/Policy#:

YVETTE BHIKHARIE
7 LIVONIA AV APT 423
BROOKLYN, NY 11212

Dear Claimant:

We regret to inform you that your claim has been disallowed. Your claim was not filed within 90 days from the date of occurrence as required by the General Municipal Law Section 50-e. Claims must be filed with either the New York City Office of The Comptroller, the New York City Law Department, the New York City Board of Education or the New York City Health and Hospitals Corporation, depending on the substance of the claim.

If you have been scheduled for a Comptroller's hearing (50-h. General Municipal Law), please deem the hearing canceled.

Very truly yours,

KOPARANIAN, EDWARD

Bureau of Law & Adjustment

PROPERTY DAMAGE DIVISION
(212) 669-8750

(10)

Ins Code 383    Adjuster Name:    801 368 8055
Intergon National Ins Co    Number #212-380-9500 00

## National Auto Body Collision Inc.    Claim #
1328 Utica Ave    QYINYO1590
Brooklyn NY, 11203    Insurance Co
Phone: 1(347) 533-4040    1-800-848-1777
Fax: 1(347) 533-4039
natauto2020@gmail.com

### Customer Agreement

Date: January 27, 2024

I, Yuette bhikharie , agree to leave my vehicle;

2019 Honda civi. , Honda , 19XFC2E63KE041385

| YEAR | MAKE | Model | VIN |

at National Auto Body Collision Inc. to be repaired.

Therefore, National Auto Body Collision Inc. will not be held responsible for any personal items left inside my vehicle.

Once repairs are completed, I agree to pay the full cost of the repairs before removing my vehicle from the premises. If I have not made an attempt to recover my vehicle within 24hrs of being notified, the vehicle will be stored at my expense in a different location and I am aware that *STORAGE FEES* of up to $65.00 per day will be applied.

If the vehicle remains at National Auto Body Collision Inc. for more than 30 days after completion or incompletion of repairs, and I have made no attempt to pay for the repairs and/or storage a lien will be placed on my vehicle.

Additionally, National Auto Body Collision Inc. will not be responsible for any boots or outstanding tickets that are or have been placed on my vehicle.

Customer Signature    Phone #: 718-564-3988

Total $ _____    Deposit $ _____

(13)

Mar 19, 2025 10:55
3/18/25, 3:05 PM

To: +12129373632

Page: 05/26
Payoff Quote - MyAccount

From: TBS Inc.

Fax: 18882994271

# Payoff Quote

Estimated payoff at the time of request quote may vary.

### Estimated PayOff Amount as of 3/18/2025

The estimated amount to payoff your account is **$23,364.79** good through 4/1/2025. This payoff amount is subject to a final reconciliation and accounting and may change if there are returned payments or fees assessed on the account within 30 days of this quote.

Title will not be released until the account is paid in full.

© 2025 Santander Consumer USA Inc. All Rights Reserved. NMLS Consumer Access ID 4239 (http://www.nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/4239) .



BQSB 003057                                          ASP:

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - BQSB 003057 | Police Use Only - VIN No.  19XFC2F63KE041385 |
|---|---|

| Reported On: | Reporter: | Badge: | Auth By: | RoTow Tag No: |
|---|---|---|---|---|
| 2024-05-09 | Michael J Kalinowski | 4219 | 3303 | Derelict Tag No:<br>3267375 |

| Location of Vehicle:<br><br>1319 UTICA AVENUE<br><br>AVENUE D/FOSTER AVENUE | Borough:<br>3 - Brooklyn | Precinct:<br>067 | District:<br>BKN17 | C.D<br>09 |
|---|---|---|---|---|
| | Make: Honda | | Tire Condition: | |
| | Type: 4 Door Vehicle | | Color: Silver | |
| | Model: CIVIC    Cylinders: 4    Fuel Type: Unleaded | | | |

| Contractor Notified:<br>Date:        Time:<br>2024-05-10    05:13 | 463 Prepared:<br>Date:          Time:<br>2024-05-09    23:00 | Pick Up Date:<br>2024-05-10 | Towed By:<br>3 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :

Disposition:
RTC

## Sanitation Department                                    Hold No:

| Date:<br>2024-05-09 | Year:<br>2019 | Make: Honda | | Conditions: DRD<br>EFD<br>GB<br>HD<br>ID<br>RSD |
|---|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Silver | |

Investigation Findings:



907 No:  G47599J

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2024-05-10 | I certify that the information on this form is<br>correct/true<br><br><br>DSNY Employee:  LM |
|---|---|---|

Vehicle Over 48 HRS?

YES (    )           NO ( ☒ )



**Derelict Vehicle Operations**
803 Forbell Street-2ⁿᵈ Floor
Brooklyn NY 11208
Phone:718.642.3084

October 15, 2024

464 # D.S. BQSB003057

Dear Sir or Madam:

Our records show that on <u>May 9, 2024</u>, a <u>Honda Civic 4 Door</u>, without license plates affixed was tagged for removal on <u>1319 Utica Ave, Brooklyn, NY</u>. This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on <u>May 10, 2024</u> and brought into the yard where it was inspected. This inspection revealed that the vehicle was a <u>2019</u>, and the Vehicle Identification Number was <u>19XFC2F63KE041385</u>. This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information <u>NYC Auto Recycling</u>. removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address. Enclosed find a D.S. 464 form.

### CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | Code | Description | | Code | Description | | Code | Description |
|---|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | | ERD | - EXTENSIVE RIGHT DAMAGE | | PSC | - PASSENGER SIDE CURTAIN AIR B |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | | PSI | - PASSENGER SIDE IMPACT AIR |
| | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | | RFM | - RIGHT FENDER MISSING |
| | DM1 | - DOORS MISSING 1 | | FED | - FRONT END DAMAGE | | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | ✓ | GB | - GLASS BROKEN | | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | ✓ | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | ✓ | HD | - HOOD DAMAGED | | SHL | - SHELL |
| ✓ | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | ✓ | ID | - INTERIOR DAMAGED | | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | | IS | - INTERIOR STRIPPED | | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | | WM1 | - WHEEL MISSING 1 |
| ✓ | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | | WM2 | - WHEELS MISSING 2 |
| | ELD | - EXTENSIVE LEFT DAMAGE | | NCM | - NOSE CONE MISSING | | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | | XRD | - EXTENSIVE REAR DAMAGE |
| | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

## CCC Valuescope Salvage Management Solutions ™
### Total Loss vs Repair Comparison Report

| | | | |
|---|---|---|---|
| **Insurance Company:** | ALLSTATE | **Claim Number:** | 000745017160B03 |
| **Written By:** | KELLY, DANIEL | **Report Date & Time:** | 02/27/2024 19:40 UTC |
| **Vehicle Information:** | 2019 HOND Civic Sedan LX w/Continuously Variable Transmission | **VIN:** | 19XFC2F63KE041385 |
| **Vehicle Owner:** | BHIKHARIE, YVETTE | **Vehicle Location:** | 11203 / NY |
| **Salvage Value Provided by:** | COPART SALVAGE AUTO AUCTIONS | **Estimate Version:** | E01 |
| **Severity:** | SEVERE | **Point of Impact:** | 15. Total Loss |
| **Keys with Vehicle:** | Yes | **Drivable:** | No |
| **Odometer:** | | | |

| | Repair Option | | Total Loss Option | |
|---|---|---|---|---|
| $ 13377.60 | Total Cost of Repairs | $ 16906.00 | Net Settlement Amount | |
| $ 0.00 | Towing | $ 0.00 | Towing | |
| $ 0.00 | Storage | $ 0.00 | Storage | |
| $ 0.00 | Pre Tax Adjustments | $ 0.00 | Pre Tax Adjustments | |
| $ 0.00 | Post Tax Adjustments | $ 0.00 | Post Tax Adjustments | |
| $ 1187.26 | Sales Tax | $ 1500.41 | Sales Tax | |
| -$ 0.00 | Betterment | -$ 3532.43 | Salvage Value | High Value: $ 4836.62 Low Value: $ 3221.91 |
| -$ 0.00 | Appearance Allowance | $ 0.00 | Tear Down | |
| -$ 0.00 | Related Prior Damage | $ 0.00 | Salvage Process Charges | |
| | | $ 0.00 | Additional Towing | |
| $ 1921.02 | Anticipated Supplement Amount | $ 0.00 | Additional Storage | |
| $ 0.00 | Rental | $ 0.00 | Rental | |
| $ 0.00 | Misc Charges | $ 0.00 | Misc Charges | |
| $ 16485.88 | Gross Repair Cost | $ 14873.98 | Gross Total Loss Cost | |
| -$ 0.00 | (Deductible) | -$ 0.00 | (Deductible) | |
| $ 16485.88 | Net Repair Cost | $ 14873.98 | Net Total Loss Cost | |

| | | | |
|---|---|---|---|
| **Settlement Decision:** | Total Loss | **Settlement Amount:** | $ 14873.98 |
| **Settlement Notes:** | PROJ SUPL 25% EST AS PER CSA RULE. | | |

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express  ☐ Mastercard  ☐ VISA Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |
| SHOW AMOUNT PAID HERE $ | | |

**STATEMENT**

ADDRESSEE:
luillmdladaladmdlmdladhllhl
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:
lnullmdladladadadmdlmdladladhudmll
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 03/26/24 | **ENCOUNTER FOR BHIKHARIE WITH KHAKHAR MD, GAUTAM** | | | | |
| 03/26/24 | 99204 - Office/outpatient visit new | $203.76 | | | |
| 05/14/24 | No Fault Payment | -$203.76 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 03/26/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 03/26/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/14/24 | No Fault Payment | -$25.40 | | | |
| 03/26/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/14/24 | No Fault Payment | -$5.25 | | | |
| 03/26/24 | 97161 - PT Eval - Low Complex 20 min | $90.44 | | | |
| 05/14/24 | No Fault Payment | -$90.44 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 03/27/24 | **ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE** | | | | |
| 03/27/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 05/15/24 | No Fault Payment | -$37.91 | | | |
| 03/27/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/15/24 | No Fault Payment | -$5.25 | | | |
| 03/27/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |
| 05/15/24 | No Fault Payment | -$37.15 | | | |
| 03/27/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/15/24 | No Fault Payment | -$25.40 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 04/03/24 | **ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | |
| 04/03/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/21/24 | No Fault Payment | -$5.25 | | | |
| 04/03/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 05/21/24 | No Fault Payment | -$37.91 | | | |
| 04/03/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/21/24 | No Fault Payment | -$25.40 | | | |
| 04/03/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
**STATEMENT**

PAGE: 1

(14)

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express    ☐ Mastercard    ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |

| SHOW AMOUNT PAID HERE $ |
|---|

STATEMENT

ADDRESSEE:

Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 06/07/24 | **ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR** | | | | |
| 06/07/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/12/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/10/24 | **ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | |
| 06/10/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/26/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 06/13/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/27/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/17/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 06/17/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 09/05/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/18/24 | **ENCOUNTER FOR BHIKHARIE WITH ARANAS PT, MA RENZY** | | | | |
| 06/18/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 09/05/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/24 | **ENCOUNTER FOR BHIKHARIE WITH ARANAS PT, MA RENZY** | | | | |
| 06/25/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/13/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/24 | **ENCOUNTER FOR BHIKHARIE WITH KHAKHAR MD, GAUTAM** | | | | |
| 06/25/24 | 99214 - Office/outpatient visit est | $127.41 | $127.41 | | |
| | ENCOUNTER TOTAL | $127.41 | $127.41 | $0.00 | $127.41 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT                                                                    PAGE: 6



**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express    ☐ Mastercard    ☐ Visa

| Card Number | CVV | Amount |
|---|---|---|
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |
| **SHOW AMOUNT PAID HERE $** | | |

**STATEMENT**

ADDRESSEE:
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

REMIT TO:
**Physical Med And Rehab Of NY PC**
PO Box 9242
Garden City, NY 11530-9242

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 09/18/24 | ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR | | | | |
| 09/18/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| 09/18/24 | 97164 - Pt re-evaluation | $38.20 | $38.20 | | |
| | ENCOUNTER TOTAL | $76.11 | $76.11 | $0.00 | $76.11 |
| 09/20/24 | ENCOUNTER FOR BHIKHARIE WITH TORRES PT, ANA MARGARITA | | | | |
| 09/20/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 10/02/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 10/02/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 10/04/24 | ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR | | | | |
| 10/04/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $75.82 | $75.82 | $0.00 | $75.82 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

**MESSAGE:**
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the account balance and contact 516-294-4590 OPTION 2 for questions.

Please Pay This
AMOUNT >>>> $0.00

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT      PAGE: 9



**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express  ☐ Mastercard  ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |
| **SHOW AMOUNT PAID HERE $** | | |

STATEMENT

ADDRESSEE:
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 07/24/24 | No Fault Payment | -$127.41 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **04/30/24 ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD** | | | | | |
| 04/30/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |
| 06/14/24 | No Fault Payment | -$37.15 | | | |
| 04/30/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 06/14/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **05/06/24 ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | | |
| 05/06/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 07/02/24 | No Fault Payment | -$75.82 | | | |
| 05/06/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |
| 07/02/24 | No Fault Payment | -$37.15 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **05/07/24 ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | | |
| 05/07/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 07/02/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL, | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **05/13/24 ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | | |
| 05/13/24 | 97112 - Neuromuscular reeducation | $37.15 | $37.15 | | |
| 05/13/24 | 97164 - Pt re-evaluation | $30.28 | $30.28 | | |
| 05/13/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $143.25 | $143.25 | $0.00 | $143.25 |
| | | | | | |
| **05/21/24 ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | | |
| 05/21/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 07/24/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT



Printed: 4/29/2025

63/2025 Order dated 4/25/25 filed 4/28/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express    ☐ Mastercard    ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/21/2024 | $0.00 | 0002000000041878 |
| **SHOW AMOUNT PAID HERE $** | | |

**STATEMENT**

ADDRESSEE:
‖ııllııllııllıılılılııllııllıllıllıılıl‖
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:
‖ııllııllııllılılılııllıılllıllıllıl‖
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
   information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 06/26/24 | **ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD** | | | | |
| 06/26/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/13/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/01/24 | **ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD** | | | | |
| 07/01/24 | 97112 - Neuromuscular reeducation | $37.15 | $7.92 | | |
| 09/20/24 | No Fault Payment | -$29.23 | | | |
| 07/01/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/20/24 | No Fault Payment | -$75.82 | | | |
| 07/01/24 | 97164 - Pt re-evaluation | $30.28 | | | |
| 09/20/24 | No Fault Payment | -$30.28 | | | |
| | ENCOUNTER TOTAL | $7.92 | $7.92 | $0.00 | $7.92 |
| 07/11/24 | **ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE** | | | | |
| 07/11/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 10/01/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/16/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 07/16/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 07/23/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 07/23/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $75.82 | $75.82 | $0.00 | $75.82 |
| 07/26/24 | **ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE** | | | | |
| 07/26/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 08/07/24 | **ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 7





**CitiMed**

14 Mamaroneck Ave, 2ⁿᵈ fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

JFK Airport Bldg, 14 Ste. 14A Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

910 E Gun Hill Rd Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

92-18 165ᵗʰ Street Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

1963 Grand Concourse, 2ⁿᵈ fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

55 Green Ave. Suite LLB Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

JFK Airport Bldg. 75 Ste. 247-249 Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

**Patient: Yvette Bhikharie**
**Date:** 01/08/2025
**D.OA:** 01/27/2024

To Whom It May Concern:

Please be advised that Ms. **Yvette Bhikharie** is a patient under care at this facility for injuries suffered on 01/27/2024 . CESI injection and possible cervical spine surgery if symptoms persist. A new CSP MRI is pending.

The pain in the neck is rated 9/10 on the subjective pain scale and radiates to the upper extremities with numbness and tingling, left>right. The pain is persistent, stabbing and burning. Neck feels "heavy" and spastic. Simple motion, a minor extension induces the pain. There is no tolerance for lying in a flat position. The patient admits to physical limitations and struggles with basic ADLs, such as lifting, carrying, pushing, pulling objects more than 5-10 pounds.

At this time she is not fit for duty at 100% disabled.

If there are any questions, please feel free to contact the office at 718-656-9500.

Sincerely,

78A N. Boundary Rd
CitiMed Jamaica, NY 11430
Tel: 718-656-9500

**Abhishek Kumar, MD**
**Orthopedist Spine Surgeon**

i

Printed: 4/29/2025



# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
### 1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

## Brad Lander
### COMPTROLLER

015 - 155

Date: 11/21/2024
RE: Disallowance-Over 90 Days

YVETTE BHIKHARIE
Claim number: 2024PD037182
Your Claim/Policy#:

YVETTE BHIKHARIE
7 LIVONIA AV APT 423
BROOKLYN. NY 11212

Dear Claimant:

We regret to inform you that your claim has been disallowed. Your claim was not filed within 90 days from the date of occurrence as required by the General Municipal Law Section 50-e. Claims must be filed with either the New York City Office of The Comptroller, the New York City Law Department, the New York City Board of Education or the New York City Health and Hospitals Corporation. depending on the substance of the claim.

If you have been scheduled for a Comptroller's hearing (50-h. General Municipal Law), please deem the hearing canceled.

Very truly yours,

KOPARANIAN, EDWARD

Bureau of Law & Adjustment

PROPERTY DAMAGE DIVISION
(212) 669-8750



P: (888) 529-1253 x2134
F: (847) 521-4391
lhemmer@oasisfinancial.com

**VIA Email**

**7/8/2025**

RE:     **Payoff for**      **Yvette Bhikharie**

Oasis ID No.:     P-AE-NY-1479223

Date Of Loss:     01/27/2024

Amount Due:      $26,061.80 (valid until valid until September 08, 2025)

Pursuant to the purchase agreement(s) between Yvette Bhikharie and Oasis, $26,061.80 is due as of July 17, 2025. **The amount due is not inclusive of any additional funding(s) received on, or after, July 17, 2025.** The payment must be received by Oasis within ten (10) days after the settlement proceeds have cleared your trust account.

Please note that the amount due will increase to $26,901.80 on September 09, 2025 and will continue to increase until received according to the following:

| Change Date | Amount Due |
|---|---|
| Current | $26,061.80 |
| 09/09/2025 | $26,901.80 |
| 09/13/2025 | $27,931.00 |
| 10/17/2025 | $28,346.00 |

**Please send payoff to**

Attn: Controller
**OASIS LEGAL FINANCE LLC**
PO BOX 773383
CHICAGO IL 60677-3383
Oasis Tax ID No.: 331033375
PLEASE INCLUDE THE OASIS CASE ID
NO. P-AE-NY-1479223 ON ALL CHECKS